UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSLYN CLARK,        ) | |
| )  | |
| Plaintiff,        ) | Civil Action File No. |
| ) | |
| v.        ) | 1:12-CV-3506-SCJ |
| ) | |
| NEZHAT MEDICAL CENTER,  ) | |
| P.C. and CEANA NEZHAT, M.D.  ) | |
| ) | |
| Defendants.        ) | |
| _____) | |

## ORDER

This matter arose before the Court on the Joint Motion for Judicial Approval of Settlement filed by the Parties in the above-styled action. This lawsuit arose pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") and, therefore, settlement requires judicial approval. The applicable law provides that FLSA claims may be compromised after the Court reviews and approves a settlement in a private action for back wages.

This Court, being fully advised in the premises, hereby approves the settlement of Plaintiff's wage and hour claims as outlined in the Joint Motion for Judicial Approval of Settlement and the documents submitted therewith, and

**Exhibit 2**

hereby dismisses this action with prejudice, with each party to pay their own costs and fees incurred.

SO ORDERED, this  8th  , day of April, 2013.

                              s/Steve C. Jones

                              HONORABLE STEVE C. JONES
                              JUDGE, UNITED STATES DISTRICT COURT